CLARK HILL LLP
BRADFORD G. HUGHES (SBN 247141)
bhughes@ClarkHill.com
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Plaintiff DEIBEL LABORATORIES OF ILLINOIS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIBEL LABORATORIES OF ILLINOIS, INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE EXPRESS OPERATIONS, LLC, a Delaware Corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-4371<br><br>**COMPLAINT FOR DAMAGES OF PLAINTIFF DEIBEL LABORATORIES OF ILLINOIS, INC.; DEMAND FOR JURY TRIAL** |

Plaintiff DEIBEL LABORATORIES OF ILLINOIS, INC. complains as follows:

1. Plaintiff DEIBEL LABORATORIES OF ILLINOIS, INC. is and at all relevant times was an Illinois corporation in good.

2. Plaintiff is informed and believes and thereon alleges that Defendant WORLDWIDE EXPRESS OPERATIONS, LLC is and at all relevant times was a Texas corporation in good standing and licensed motor carrier with a principal place of business in this judicial district.

3. The claim alleged herein is for damage to cargo under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706. This Court has jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331 and 1337. Venue is proper in this district under 28 U.S.C. § 1391(b) because substantial part of the events or omissions giving rise to the claim occurred int his district and/ or a substantial part of property that is the subject of the action is situated in this district.

4. On or before July 2, 2018, Defendant agreed to transport Lab Equipment (the "Cargo") from Deibel Laboratories, 7120 N Ridgeway Avenue, Lincolnwood, Illinois 60712 to 350 Encinal Street, Unit 100, Santa Cruz, California 95060.

5. On July 2, 2018, Defendant received the Cargo in good order and condition and proceeded to transport the Cargo in interstate commerce, pursuant to Bill of Lading No. 103950556. Defendant had agreed to deliver the Cargo in the same good order and condition as received at destination to the party entitled to the Cargo pursuant to the Bill of Lading.

6. On July 3, 2018, the Cargo was delivered to 350 Encinal Street, Unit 100, Santa Cruz, California 95060.

7. After review of the Cargo and during installation, it was determined that there was damage to the Cargo that was sustained during shipment.

8. The damage included physical dents and bends which damaged the

internal components. A main communication cable was disconnected from the smart card. Also, during troubleshooting, it was determined that both vaccum gauges and pump power board needed to be replaced as a result of the damage sustained. Further troubleshooting revealed multiple electronic boards malfunctions, including the main board 1 and 2 and filament board.

9. On July 23, 2018, Plaintiff timely submitted a claim in writing to Defendant, to which Defendant did not respond until June 4, 2019, at which time the claim was denied.

10. Plaintiff therefore seeks damages in the amount of $83,938.96, no part of which has been paid, despite repeated demands of Defendant.

WHEREFORE, Plaintiff prays as follows:

1. For judgment in the amount of $83,938.96;
2. For prejudgment interest thereon;
3. For Plaintiff's costs of suit herein;
4. For Plaintiff's attorney's fees as permitted by the contract between the parties; and
5. For such other and further relief as this Court may deem just and proper.

Dated: May 13, 2020                    CLARK HILL LLP

By:   /s/Bradford G. Hughes
      Bradford G. Hughes
      Attorneys for Plaintiff DEIBEL LABORATORIES OF ILLINOIS, INC.